# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

| | |
|---|---|
| **WILLIAM STALEY, individually and d/b/a STALEY LOGGING,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No.: 2:14-cv-00058** |
| ) | **Jury Demanded** |
| **DANNY TRIPLETT, individually and d/b/a TRIPLETT WOOD PRODUCTS COMPANY,** ) | |
| ) | |
| Defendants. ) | |
| **HIGH COUNTRY LUMBER AND MULCH, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No.: 2:14-cv-00059** |
| ) | **Jury Demanded** |
| **DANNY TRIPLETT, individually and d/b/a TRIPLETT WOOD PRODUCTS COMPANY,** ) | |
| ) | |
| Defendants. ) | |

## AGREED JUDGMENT

This matter came to be heard before the Honorable Ronnie Greer, Judge of the United States Court for the Eastern District of Tennessee, upon motion and announcement of the parties concerning an agreed judgment. Based upon the foregoing and the record as a whole, the Court is of the opinion the agreed judgment of the parties should be approved and ratified as fully set forth below.

1

It is therefore **ORDERED, ADJUDGED** and **DECREED**:

1. That the Defendant has confessed a judgment to the Plaintiff William Staley;

2. That Plaintiff William Staley is hereby granted a judgment against the Defendant, in the amount of $15,000.00; and

3. That the Defendant shall pay costs of the court clerk and each party shall pay its own discretionary costs.

It is so **ORDERED.**

**ENTER** this the _____ day of **February, 2017**.

s/J. RONNIE GREER<br>
United State District Judge

*APPROVED FOR ENTRY:*

**BY**: *s/ Danny Triplett*
**DANNY TRIPLETT**
*Pro se Defendant*
**Danny L. Triplett individually and**
**d/b/a Triplett Wood Products**
1620 Overhill Road
Bristol, Virginia 24201

**LEITNER, WILLIAMS, DOOLEY**
    **& NAPOLITAN, PLLC**

**BY**: *s/ J. Matthew Drake*
**DAVID E. LONG (BPR # 015552)**
**J. MATTHEW DRAKE (BPR # 030479)**
*Attorneys for Plaintiffs*
900 South Gay Street, Suite 1800
Knoxville, TN 37902
Telephone: (865) 523-0404
Facsimile: (865) 673-0260

<span>3</span>